**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**PAMELA GREEN & MARCUS GREEN,** **PLAINTIFFS**

**v.** **CIVIL ACTION NO. 1:25-cv-00115-JDM-DAS**

**NEWREZ, LLC d/b/a/ SHELLPOINT MORTGAGE SERVICING;**
**THE BANK OF NEW YORK MELLON; and**
**JOHN AND JANE DOES 1-10.** **DEFENDANTS**

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

BEFORE THE COURT is the *ore tenus* joint motion of Plaintiffs Pamela Green and Marcus Green ("Plaintiffs") and Defendants Newrez LLC d/b/a Shellpoint Mortgage Servicing and Bank of New York Mellon ("Defendants") to dismiss this matter with prejudice, in connection with Plaintiffs and Defendants resolving the matters in controversy between them. The Court finds the motion should be GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that this matter is DISMISSED with prejudice, with each party to bear its own costs and fees.

SO ORDERED, this the 6th day of October 2026.

James D. Maxwell (signature)
U.S. DISTRICT COURT JUDGE

**Prepared By:**

*/s/ Stevie F. Rushing*
Stevie F. Rushing (MS Bar #105534)
BRADLEY ARANT BOULT CUMMINGS, LLP
188 E. Capitol Street, Suite 1000
Post Office Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000

Facsimile: (601) 948-3000
srushing@bradley.com

ATTORNEY FOR DEFENDANTS

**Reviewed and Approved By:**

/s/ Josh Daniel________________________________
Josh Daniel (MS Bar #104275)
JOSH DANIEL LAW, PLLC
398 E. Main Street, Suite 111
Tupelo, Mississippi 38804
josh@joshdaniellaw.com

ATTORNEY FOR PLAINTIFFS